IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| G., PARENT AND NEXT FRIEND OF K., A DISABLED CHILD, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>STATE OF HAWAII, DEPARTMENT OF HUMAN SERVICES, ET AL.,<br><br>　　　　Defendants.<br>_____<br>G., PARENT AND NEXT FRIEND OF K., A DISABLED CHILD, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.,<br><br>　　　　Defendants.<br>_____ | ) Civ. No. 08-00551 ACK-BMK<br>) Civ. No. 09-00044 ACK-BMK<br>) (Consolidated)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>ORDER GRANTING THE STATE DEFENDANTS' MOTION TO SHORTEN TIME</u>**

　　　　On September 14, 2009, the State Defendants filed a motion for a stay of this action to allow certification of a question of law to the Hawai'i Supreme Court. They also filed a motion to shorten time to hear the motion to stay.

　　　　The Court finds it appropriate to grant the motion to shorten time. The hearing on the motion for a stay shall be set for 10:00 a.m. on Tuesday, September 22, 2009. Any opposition to

the motion to stay shall be due by Thursday, September 17, 2009. Any response to any opposition shall be due by Friday, September 18, 2009.

      IT IS SO ORDERED.

      Dated:  Honolulu, Hawai'i, September 15, 2009.



_____
Alan C. Kay
Sr. United States District Judge

G. v. Hawai'i, Dep't of Human Servs., Civ. Nos. 08-00551 ACK-BMK & 09-00044 ACK-BMK:  Order Granting the State Defendants' Motion to Shorten Time