IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| G., PARENT AND NEXT FRIEND OF K., A DISABLED CHILD, ET AL.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>STATE OF HAWAII, DEPARTMENT OF HUMAN SERVICES, ET AL.,<br><br>  Defendants.<br>_____<br><br>G., PARENT AND NEXT FRIEND OF K., A DISABLED CHILD, ET AL.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.,<br><br>  Defendants.<br>_____ | ) Civ. No. 08-00551 ACK-BMK<br>) Civ. No. 09-00044 ACK-BMK<br>) (Consolidated)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER DIRECTING PLAINTIFFS TO SERVE THE FEDERAL DEFENDANTS AND INTERVENORS WITH THEIR EX PARTE MOTION TO CONTINUE THE HEARING ON THE FEDERAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The Court is presently set to hear the Federal Defendants' motion for summary judgment on December 7, 2009. On November 7, 2009, Plaintiffs filed an ex parte motion to continue the hearing on the Federal Defendants' motion for summary judgment so that they could conduct additional discovery before filing their opposition to the motion.

The Court hereby directs Plaintiffs to forthwith serve the Federal Defendants and Intervenors by 2:00 p.m. today, November 9, 2009, with their motion to continue.  Any response to Plaintiffs' motion to continue shall be filed by 9:00 a.m. on Thursday, November 12, 2009.

IT IS SO ORDERED.

Dated:  Honolulu, Hawai'i, November 9, 2009.



_____
Alan C. Kay
Sr. United States District Judge

G. v. Hawai'i, Dep't of Human Servs., Civ. Nos. 08-00551 ACK-BMK & 09-00044 ACK-BMK:  Order Directing Plaintiffs to Serve the Federal Defendants and Intervenors With Their Ex Parte Motion to Continue the Hearing on the Federal Defendants' Motion for Summary Judgment