IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| G. PARENT AND NEXT FRIEND OF K., A DISABLED CHILD, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF HAWAII, DEPARTMENT OF HUMAN SERVICES, ET AL. <br><br> Defendants. | CIV NO. 08-00551-ACK-BMK |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 14, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant in Part and Deny in Part Defendants State of Hawaii Department of Human Services and Lillian B. Koller's Bill of Costs" is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 3, 2011



```
                            _____
                            Alan C. Kay
                            Sr. United States District Judge
```

G. v. Hawaii, Dep't of Human Servs., Civ. No. 08-00551 ACK-BMK: Order Adopting Magistrate Judge's Findings and Recommendation